# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# DOCKET NO. 3:05CR216-2-C

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>) **O R D E R**<br>QUALO MARTEZ LOWERY, )<br>)<br>Defendant. ) | |

**THIS MATTER** is before the Court upon "Motion For Paralegal Services" (document #69) filed March 21, 2006, seeking the appointment of Ms. Jackie Gonzalez to assist him in representing the Defendant.

Pursuant to 18 U.S.C. §3006(A)(e), the Court shall authorize counsel to obtain investigative, expert, or other services whenever it is determined that such services are necessary for adequate representation and that the person is financially unable to obtain them.

For the reasons set forth in said Motion, the Court finds such services are necessary for adequate representation and that the person is financially unable to obtain them.

**IT IS THEREFORE ORDERED**:

1. Ms.Jackie Gonzalez, P.O. Box 6111, Gastonia, NC 28056, Social Security Number 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, is appointed paralegal in the above case.

2. The Clerk shall prepare Form CJA 21 appointing Ms. Jackie Gonzalez as paralegal and mail the form to defense counsel for his signature and for delivery to the interpreter;

3. Compensation for these services shall not exceed $1600 (18 USC §3006A(e)(3));

4. The Clerk is directed to send a copy of this Order to defense counsel.

**SO ORDERED.**

Signed: March 22, 2006

Carl Horn, III
United States Magistrate Judge