IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05cr216

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| | ) | |
| QUALO MARTEZ LOWERY | ) | |
| | ) | |

**THIS MATTER** is before the Court upon motion of counsel for the defendant requesting an inquiry of counsel hearing. (Doc. No. 125).

The Court has considered the defendants letter regarding his third appointed attorney (Doc. No. 121) and finds that the defendant's allegations about his counsel's performance fail to establish grounds to appoint substitute counsel. United States v. Mullen, 32 F.3d 891 (4th Cir. 1994).

**IT IS, THEREFORE, ORDERED** that the defendant's motion is DENIED.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, and to the United States Attorney.

Signed: July 27, 2006

Robert J. Conrad, Jr.
Chief United States District Judge