
RECEIVED
CHARLOTTE, N.C.
OCT 26 2006
Clerk, U.S. Dist. Court
W. Dist. of N.C.

IN THE DISTRICT COURT FOR THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CRIMINAL DOCKET: 3:05CR216-C

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| QUALO MARTEZ LOWERY ) | |

**THIS MATTER IS BEFORE THE COURT** on Qualo Martez Lowery's "Motion for Issuance of a Subpoena at Government's Expense". After careful review of the motion, the undersigned finds that the witness listed below is essential to an adequate defense and that the defendant is indigent and unable to pay the costs for the issuance of the subpoena.

**IT IS THEREFORE ORDERED,**

1. That the "Motion for Issuance of Subpoena at Government's Expense" is **GRANTED**;

2. That the attached Subpoena be issued by the Clerk to Don Crisp of Charlotte Truck Driver Training School, Inc., 360 Aqua Chem Drive, Charlotte, NC 28208;

3. That the United States Marshall serve the aforesaid Subpoena and that the costs incurred by the service of process and the witness fee be borne by the Government.

The Clerk is directed to certify copies of this Order to defense counsel, the United States Attorney and the United States Marshal.

This the 26th day of October 2006.

_Carl Horn, III_