IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05-CR-00216-RJC

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| QUALO MARTEZ LOWERY (2) | ) | |
| | ) | |

**THIS MATTER** comes before the Court on the defendant's pro se Motion to Reconsider. (Doc. No. 266).

The defendant has already appealed, (Doc. No. 263: Notice of Appeal), the Order, (Doc. No. 262), he argues the Court should reconsider. However, he has not shown that the Court retains jurisdiction over this matter. Fed. R. App. P. 4. Even if the Court were to reach the merits of the defendant's challenge, the Court would find that he has not stated a sufficient basis to reconsider the Order.

**IT IS, THEREFORE, ORDERED** that the defendant's Motion to Reconsider, (Doc. No. 266), is **DENIED.**

Signed: February 14, 2017

Robert J. Conrad, Jr.
United States District Judge