IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05-CR-00216-RJC

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| QUALO MARTEZ LOWERY (2) | ) | |
| | ) | |

**THIS MATTER** is before the Court upon remand from the United States Court of Appeals for the Fourth Circuit for additional proceedings. (Doc. No. 286: Order and Judgment).

**IT IS, THEREFORE, ORDERED** that the parties shall file supplemental briefing in light of <u>United States v. Gravatt</u>, 953 F.3d 258 (4th Cir. 2020), and <u>United States v. Wirsing</u>, 943 F.3d 175 (4th Cir. 2019), within thirty (30) days of the entry of this Order.

**IT IS FURTHER ORDERED** that the Federal Defender shall designate counsel promptly to represent the defendant for the remainder of this case, unless he retains other counsel.

The Clerk is directed to certify copies of this Order the defendant, defendant's counsel, the United States Attorney, and the Clerk of the United States Court of Appeals for the Fourth Circuit.

Signed: July 15, 2020

Robert J. Conrad, Jr.
United States District Judge